UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v-  :            23-CR-282 (PAE)
:
JOSEPH SOLIVAN, :            SCHEDULING ORDER
:
Defendant. :
:
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The next conference in this case is scheduled for **October 5, 2023** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Trial is scheduled for **December 11, 2023**.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **October 5, 2023**.

SO ORDERED.

Dated: August 8, 2023
      New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge